FILED

08/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0230

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 24-0230

LISA COLE
*Appellant,*

v.

IN RE; THE ESTATE OF M.A.C.
A Deceased Minor
*Appellee.*

## ORDER

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing.

IT IS HEREBY ORDERED that Appellant has until September 13, 2024, to file her reply brief.

No further extensions will be granted.

cc: Christopher Froines
Danielle Shyne
Walter Clapp

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2024

ORDER